### S. Vogel, Trustee, Trading as Retailer's Finance Company, Appellant, v. Minnie A. Bristol and the Cosmopolitan National Bank of Chicago, Appellees.

Gen. No. 45,212.

J. B. & N. W. Rubenstein, and Magnus Rosenberger, for appellant; Charles D. Snewind, of counsel; Sidney S. Schiller, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed December 12, 1950; rehearing opinion allowed March 27, 1951; released for publication April 25, 1951.